# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2018

157891 & (50)(53)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT DAREN HALE,
      Defendant-Appellant.

SC: 157891
COA: 335396
Oakland CC: 2015-256959-FC

_____/

      On order of the Court, the motion to add new grounds is GRANTED. The application for leave to appeal the April 10, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for an evidentiary hearing is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2018



Clerk

p1009